1  John L. Walker, Jr.
   **Walker Group, PC**
2  P.O. Box 22849
   Jackson, MS 39225-2849
3  Telephone: (601) 948-4589
   Facsimile: (601) 354-2507
4  Email: jwalker@walkergrouppc.com

5  Attorneys for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 08-4281 CRB |
|----|----|----|
| 13 | | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| 14 | | |
| 15 | Teecola F. Kendrick, Administratrix of the Estate of Willie James Kendrick, deceased, | |
| 16 | Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 | vs. | |
| 18 | Pfizer Inc, et al., | |
| 19 | Defendants. | |

21

22  Come now the Plaintiff and Defendants in the above-entitled action, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

25  //

26  //

27  //

28  //

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

fees and costs.

DATED: 2/3/11                By: [signature]

**WALKER GROUP, PC**
P.O. Box 22849
Jackson, Mississippi 39225-2849
Telephone: (601) 948-4589
Facsimile: (601) 354-2507

*Attorneys for Plaintiff*

DATED: 10/4/2011            By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 5, 2011        [signature]
                           Hon. Charles R. Breyer
                           United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE